```
1  H. DEAN STEWARD
   SBN 85317
2  107 Avenida Miramar
   Ste. C
3  San Clemente, CA 92672
   Telephone: (949) 481-4900
4  Facsimile: (949) 496-6753

5  Attorney for Defendant
   Gilbert Goncalves
```

RECEIVED
JUL 11 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR-05-00389-JF/HRL |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER RE; |
| | ) ADVANCEMENT OF INITIAL |
| v. | ) APPEARANCE DATE |
| Gilbert Goncalves | ) |
| Defendant. | ) |

COMES NOW the parties, through counsel, and stipulate that the initial appearance on the pending indictment in this matter may be advanced one day from the now set July 14, 2005 date. The new appearance date for defendant Gilbert Goncalves is July 13, 2005 at 9:30 AM before the Hon. Howard R. Lloyd, United States Magistrate Judge in his courtroom on the 5th Floor, Courtroom 2, 280 S. First St., San Jose, CA 95113.

/

1

So stipulated.

July 5, 2005     _____
                 H. Dean Steward
                 Counsel for Defendant
                 Gilbert Goncalves

July 11, 2005    _____
                 Christopher P. Sonderby
                 Asst. U.S. Attorney

So ordered.

July 12, 2005    _____
                 Hon. Howard R. Lloyd
                 United States Magistrate Judge