KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

**E-filed 8/31/06**

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5060
   Facsimile:   (408) 535-5066
   E-mail Address: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00389 JF |
| Plaintiff, | ) ) | STIPULATION REGARDING CONTINUANCE OF STATUS |
| v. | ) ) | CONFERENCE AND EXCLUDABLE TIME AND [P~~ROPOSED~~] ORDER |
| GILBERT GONCALVES, | ) ) | |
| Defendant. | ) ) | |

It is hereby stipulated and agreed between defendant Gilbert Goncalves, through his counsel H. Dean Steward, and the United States, through government counsel Assistant United States Attorney Hanley Chew, that trial in this matter be continued to Friday, October 27, 2006, at 10:00 a.m., that the status conference be continued until October 11, 2006, at 9:00 a.m., and that time be excluded from September 22, 2006, through and including October 27, 2006,  under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., for the reasons set forth below:

1.   The government has provided defendant with more than 2,200 pages of discovery as well as more than 30 tapes containing recorded conversations involving defendant.  The defense therefore needs additional time to review this discovery and investigate facts related to

STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE AND EXCLUDABLE TIME AND [PROPOSED] ORDER
CR 05-00389-JF

this discovery.

2. In addition, defense counsel has been, and is currently, in a death penalty trial in federal court in Santa Ana, California, and is scheduled to begin the penalty phase of that death penalty trial in September, 2006. As a result, the defense requests this continuance so that defense counsel has sufficient time to prepare in light of both the discovery and his other federal trial commitments and allow sufficient time to consult with the defendant to afford both adequate time for preparation for trial.

3. Moreover, the parties have discussed a resolution of this case and have reached a tentative disposition, pending approval from the Department of Justice. The government anticipates that the additional time will enable it to obtain the necessary approval.

Based on the foregoing, the parties therefore stipulate and move the Court to continue the status conference from September 8, 2006, at 10:00 a.m. to October 11, 2006 at 9:00 a.m., and the trial from September 22, 2006 to October 27, 2006. The parties further stipulate to exclude the time from September 22, 2006, through and including, October 27, 2006 under the Speedy Trial Act because the parties believe that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial, particularly since reasonable time is needed for the defense to prepare for pretrial and trial matters and for continuity of counsel, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv). IT IS SO STIPULATED.

Dated: August 18, 2006
KEVIN V. RYAN
United States Attorney

/s/
_____
HANLEY CHEW
Assistant United States Attorney

Dated: August 18, 2005

/s/
_____
H. DEAN STEWARD
Attorney for Defendant Goncalves

## [PROPOSED] ORDER

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the ~~status~~ Pretrial conference set for September 8, 2006 is continued to October ~~11~~ 13, 2006 at ~~9:00~~ 11:00 a.m. and the trial set for September 22, 2006 is continued to October 27, 2006.  In addition, the time from September 22, 2006 through October 27, 2006 shall be excluded from the computation period within which the trial must commence, for the reasons and based upon the statutory provisions set forth by the parties in this Stipulation, including that time is needed for effective defense preparation and for continuity of counsel.  The Court independently finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial based upon the grounds set forth above.

DATED: August 31, 2006

_____
THE HONORABLE JEREMY FOGEL
United States District Judge