KEVIN V. RYAN (CSBN 118321)          **E-filed 12/8/06**
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

  150 Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone:  (408) 535-5060
  Facsimile:   (408) 535-5066
  E-mail Address: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00389 JF |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING FROM FEBRUARY 21, 2007 TO MARCH 7, 2007 |
| v. | ) | |
| GILBERT GONCALVES, | ) | |
| Defendant. | ) | |

    The parties, including the defendant, stipulate as follows:

1.    On October 27, 2006, defendant Gilbert Goncalves ("defendant") pled guilty, pursuant to a plea agreement, to a two-count information, charging him with one count of making a false, material statement to an agency of the United States, in violation of 18 U.S.C. § 1001, and one count of willfully making and subscribing a false income tax return, in violation of 26 U.S.C. § 7206(1).  The Court scheduled defendant's sentencing for February 21, 2007 at 9:00 a.m.

2.    Government counsel will be unavailable the week of February 19, 2007 because he anticipates being out of the country to attend a family wedding.  Defendant does not object to a brief two-week continuance of sentencing in this matter.

STIPULATION AND [PROPOSED]
ORDER CONTINUING SENTENCING
U.S. v. GONCALVES, CR 05-00389-JF

Therefore, the parties respectfully request that the Court continue defendant's sentencing from February 21, 2007 to March 7, 2007 at 9:00 a.m.

IT IS SO STIPULATED.

Dated:  November 28, 2006                              KEVIN V. RYAN
                                                       United States Attorney

                                                       /s/ Hanley Chew
                                                       HANLEY CHEW
                                                       Assistant United States Attorney

Dated:  November 28, 2006

                                                       /s/ H. Dean Steward
                                                       H. DEAN STEWARD
                                                       Attorney for Defendant Goncalves

## [PROPOSED] ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court orders that defendant Gilbert Goncalves' sentencing is continued from February 21, 2007 to March 7, 2007, at 9:00 a.m.

IT IS SO ORDERED.

DATED:___12/8/06_____                                 _____
                                                       THE HONORABLE JEREMY FOGEL
                                                       United States District Court Judge