*efiled 4/2/07

H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753

Attorney for Defendant
Gilbert Goncalves

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES,<br><br>        Plaintiff,<br><br>    vs.<br><br>GILBERT GONCALVES<br><br>        Defendant. | Case No.  5:05-CR-00389-JF<br><br>~~PROPOSED~~ ORDER RE: BOND EXONERATION |
|---|---|

Good cause having been shown, and the defendant having been sentenced, it is ordered that the bond in this matter is exonerated, and the $15,000 posted by defendant shall be returned to him.

So ordered.

Dated:  March 29, 2007                    _____

                                           Hon. Jeremy Fogel
                                           U.S. District Judge

Presented by:

s./ H. Dean Steward
H. Dean Steward
Counsel for Defendant Goncalves

- 1 -

IT IS HEREBY CERTIFIED THAT:

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.

    I am not a party to the above entitled action. On March 27, 2007, I have caused service of the defendant's:

**PROPOSED ORDER TO EXONERATE BOND**

On the following parties electronically by filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

**AUSA HANLEY CHEW**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2007

s/ H. Dean Steward

- 2 -