H. Dean Steward SBN 85317
107 Avenida Miramar
Ste. C
San Clemente, CA 92672
949-481-4900
fax 949-496-6753

**E-Filed 11/3/2009**

Attorney for Defendant
Gilbert Goncalves

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>GILBERT GONCALVES,<br><br>　　　Defendant. | No. CR 05-00389 JF<br><br>[PROPOSED] ORDER RE TERMINATION OF PROBATION |

Good cause appearing therefor:

**IT IS HEREBY ORDERED** that probation for defendant Gilbert Goncalves shall terminate forthwith. The hearing on the motion to terminate probation, set for November 4, 2009, is VACATED.

DATED: Nov. __3____, 2009

_____
THE HONORABLE JEREMY FOGEL
United States District Judge

PROOF OF SERVICE

I, H. Dean Steward, declare:

I am employed in the County of Orange, State of California. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672. I am over the age of 18 and not a party to the instant action. I am a member of the bar of this court. On Nov. 2, 2009, I served:

**Proposed Order Terminating Probation**
   XXX by placing it in a sealed, postage paid envelope and mailing

   ___by Fax

   ___by Express Mail or Fed Ex

   ___BY HAND DELIVERING TO THE US Attorneys office,

   addressed as follows:

AUSA Hanley Chew
150 Almaden Bl., Ste. 900
San Jose, CA 95113

This declaration was executed on Nov. 2, 2009 at San Clemente, California.

I declare under penalty of perjury that the foregoing is true and correct.

S./ H. Dean Steward